UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

PEDRO ORTIZ PAYA ,

          Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

          Respondent.

_____/

Case No. 1:26-cv-1604

Honorable Paul L. Maloney

### **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.


Dated:   June 12, 2026                  /s/ Hala Y. Jarbou
                                        HALA Y. JARBOU
                                        For the Honorable Paul L. Maloney
                                        United States District Judge